MATTHEW J. SHIER (SBN 72638)
JOHN L. FITZGERALD (SBN 126613)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Defendant,
LORIMAC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CESSNA EMPLOYEES CREDIT UNION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LORIMAC, INC., a Delaware Corporation<br><br>Defendant. | **Case No. C 07 0120 JSW**<br><br>**STIPULATION AND REQUEST FOR ORDER MODIFYING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR APPOINTMENT OF TEMPORARY RECEIVER** |

WHEREAS, plaintiffs have filed a motion for appointment of temporary receiver;

WHEREAS, the Court has ordered that a hearing on plaintiffs' motion for appointment of a temporary receiver take place on March 23, 2007 at 9:00 a.m.;

WHEREAS, the Court has ordered defendant's opposition brief to the motion for appointment of a temporary receiver shall be due by Tuesday, February 6, 2007;

WHEREAS, the Court has ordered plaintiffs' reply brief to the motion for appointment of a temporary receiver shall be due by Tuesday, February 13, 2007;

WHEREAS, defendant anticipates the filing of a bankruptcy petition pursuant to Chapter 7 of the Bankruptcy Code, by no later than February 12, 2007; and,

WHEREAS, as an accommodation by plaintiffs to defendant, and so as to conserve the financial resources of the parties and serve the interests of judicial economy,

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

1964.001/00041769 — 1 — Stipulation And Order Regarding Briefing Schedule For Plaintiff's Motion For Appointment Of Temporary Receiver

IT IS HEREBY STIPULATED AND JOINTLY REQUESTED BY AND AMONG THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL that the Court modify the aforementioned briefing schedule so that defendant's opposition brief to the motion for appointment of a temporary receiver would be due by Tuesday, February 13, 2007; and, plaintiff's reply brief to the motion for appointment of a temporary receiver would be due by Tuesday, February 20, 2007. The hearing on plaintiffs' motion for appointment of temporary receiver will not be changed, and will take place on March 23, 2007 at 9:00 am

IT IS SO STIPULATED:

DATED: February 5, 2007          PINNACLE LAW GROUP LLP

                                 By: /s/ John L. Fitzgerald
                                     John L. Fitzgerald
                                     Attorneys for Defendant LORIMAC, INC.

DATED: February 5, 2007          JEFFER MANGELS, BUTLER & MARMARO LLP


                                 By: /s/ J.T. Wells Blaxter
                                     J.T. Wells Blaxter
                                     Attorneys for Plaintiffs

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

1964.001/00041769          2          Stipulation And Order Regarding Briefing Schedule
                                      For Plaintiff's Motion For Appointment Of
                                      Temporary Receiver

# ORDER

**IT IS ORDERED** that any opposition to plaintiffs' motion for appointment of a temporary receiver shall be filed and served via facsimile on all parties on or before February 13, 2007.

**IT IS FURTHER ORDERED** that any reply brief in support of plaintiffs' motion for appointment of a temporary receiver shall be filed and served via facsimile on all parties on or before February 20, 2007.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: February 5, 2007         By: _/s/ Jeffrey S. White_
                                Jeffrey S. White
                                United States District Judge

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

1964.001/00041769                3                Stipulation And Order Regarding Briefing Schedule
                                                  For Plaintiff's Motion For Appointment Of
                                                  Temporary Receiver