IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CESSNA EMPLOYEES CREDIT UNION,

    Plaintiff,

  v.

LORIMAC INC.,

    Defendant.
_____/

No. C 07-00120 JSW

**ORDER ADMINISTRATIVELY CLOSING CASE**

On February 1, 2007, Defendant filed a notice of petition for Chapter 7 bankruptcy. By virtue of the automatic stay, the Clerk of the Court is directed administratively to close the case for statistical purposes. Counsel for Defendant shall notify the Court within **ten (10) days** of the lifting of the bankruptcy stay, and this matter shall thereafter be reopened.

**IT IS SO ORDERED.**

Dated: April 30, 2007

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE